IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PABON GONZALEZ,

    Plaintiff,

v.

                              Case No. 19-cv-436-jdp

C/O JAMES FINELL and
SUPERVISOR STAFF FEDIE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |